UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREATER SOUTHEAST COMMUNITY HOSPITAL CORP., I, et al.,<br><br>*Debtors*, | Chapter 11<br><br>Jointly Administered<br>Case No. 02-2250<br>Judge S. Martin Teel, Jr.<br><br>1:06-MS-88-RMU |
| SAM J. ALBERTS, TRUSTEE FOR THE DCHC LIQUIDATING TRUST,<br><br>*Plaintiff*,<br><br>v.<br><br>HCA INC. AND GALEN HOSPITAL ILLINOIS, INC.,<br><br>*Defendants*. | Adv. Proc. No. 04-10366 |

### DEFENDANTS HCA INC.'S AND GALEN HOSPITAL ILLINOIS, INC.'S NOTICE OF WITHDRAWAL OF SUBPOENAS AND RESPONSE TO THE LIQUIDATING TRUSTEE'S MOTION TO QUASH

Defendants HCA Inc. ("HCA") and Galen Hospital Illinois, Inc. ("GHI") (collectively "Defendants") hereby withdraw the two third-party subpoenas issued by the Defendants that are the subject of the Liquidating Trustee's Motion to Quash and Request for Abstention. The two subpoenas in question were directed to Martin Cohen (*See* Pl.'s Ex. 1) and Neil Demchick (*See* Pl.'s Ex. 2). Before filing his Motion to Quash in this Court, the Trustee filed a nearly identical motion seeking a Protective Order in Bankruptcy Court. Defendants agreed to voluntarily withdraw the subpoenas at issue here, in order that the matter be resolved before the Honorable Judge S. Martin Teel, Jr., and so that this Court would not be burdened with duplicative proceedings. A hearing on Plaintiff's Motion for a Protective Order has been scheduled, for Friday March 10, at 9:30 a.m. before Judge Teel in Bankruptcy Court, and the dispute over the

RECEIVED
MAR - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

subpoenas at issue will be resolved. Accordingly, Defendants request that this matter be dismissed as moot.

Dated: March 7, 2006

Respectfully submitted,

*[signature]*

Jeffrey W. Kilduff (D.C. Bar No. 436632)
Lani R. Miller
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Tel. (202) 383-5300
Fax (202) 383-5414
Counsel for Defendants
HCA INC. and GALEN HOSPITAL ILLINOIS, INC.

Certificate of Service

Mailed on March 7, 2006 to

Lucius B. Lau
White & Case LLP
701 Thirteenth St., NW
Washington, D.C. 20005

2