UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>GREATER SOUTHEAST COMMUNITY HOSPITAL CORP., I, *et al.*,<br><br>*Debtors.* | Chapter 11<br><br>Jointly Administered<br>Bankruptcy Case No. 02-2250<br>Judge S. Martin Teel, Jr. |
| SAM J. ALBERTS, TRUSTEE FOR THE DCHC LIQUIDATING TRUST, 701 13TH STREET, N.W. WASHINGTON, D.C. 20005,<br><br>*Plaintiff,*<br><br>v.<br><br>HCA INC. AND GALEN HOSPITAL ILLINOIS, INC.,<br><br>*Defendants.* | Adv. Proc. No. 04-10366<br><br>Dist. Court No. 06-MS-00088-RMU |

## ORDER

Upon consideration of the motion for attorney's fees filed by Sam J. Alberts, Liquidating Trustee for The DCHC Liquidating Trust ("Liquidating Trustee"), it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the Liquidating Trustee is entitled to his reasonable attorney's fees associated with the preparation and filing of his motion to quash (and request for abstention); and it is further

ORDERED that HCA Inc. and Galen Hospital Illinois, Inc. are hereby directed to pay to the Liquidating Trustee the sum of $2,271.50 as reasonable attorney's fees associated with the

preparation and filing of his motion to quash (and request for abstention) with ten (10) days of entry of this order.


Dated: _____, 2006            _____
                                         Honorable Ricardo M. Urbina, Judge

cc:    Lucius B. Lau, Esq.
       White & Case, LLP
       701 13th Street, NW
       Washington, D.C. 20005

       (Counsel to The DCHC Liquidating Trust)

       Jeffrey W. Kilduff, Esq.
       Lani R. Miller, Esq.
       O'Melveny & Myers LLP
       1625 Eye Street, NW
       Washington, DC 20006

       (Counsel for Defendant HCA, Inc. and
       Defendant Galen Hospital Illinois, Inc.)

2