UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>GREATER SOUTHEAST COMMUNITY HOSPITAL CORP., I, *et al.*,<br><br>*Debtors.* | Chapter 11<br><br>Jointly Administered<br>Bankruptcy Case No. 02-2250<br>Judge S. Martin Teel, Jr. |
| SAM J. ALBERTS, TRUSTEE FOR THE DCHC LIQUIDATING TRUST, 701 13TH STREET, N.W. WASHINGTON, D.C. 20005,<br><br>*Plaintiff,*<br><br>v.<br><br>HCA INC. AND GALEN HOSPITAL ILLINOIS, INC.,<br><br>*Defendants.* | Adv. Proc. No. 04-10366<br><br>Dist. Court No. 06-MS-00088-RMU |

## <u>DECLARATION OF LUCIUS B. LAU</u>

Lucius B. Lau declares as follows:

1. I am a counsel with White & Case LLP. I reside in the Firm's Washington, D.C. office. I am a member of the District of Columbia Bar and the Virginia State Bar.

2. I make this declaration based upon personal knowledge. If called as a witness, I could and would testify as follows.

3. On February 22, 2006, I worked 1.1 hours preparing the Liquidating Trustee's Motion To Quash (And Request For Abstention) ("Motion To Quash").

4. On February 23, 2006, I worked 1.5 hours preparing the Motion To Quash.

5. On February 24, 2006, I worked .9 hours preparing the Motion To Quash.

6. On February 24, 2006, Seth Yeager (a legal assistant at White & Case LLP who works under my direction) worked 4.9 hours preparing the Motion To Quash. This work consisted of organizing the supporting documents for the Motion To Quash, filing the

Motion To Quash with the Court, and serving the Motion To Quash on counsel for HCA Inc. and Galen Hospital Illinois, Inc.

7.  The DCHC Liquidating Trust will be billed $2,271.50 for the work done by Mr. Yeager and me in connection with the Motion To Quash.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Lucius B. Lau

Executed this 17th day of March 2006.
Washington, D.C.