# Exhibit 3

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1625 Eye Street, NW | NEWPORT BEACH |
| BRUSSELS | Washington, D.C. 20006-4001 | NEW YORK |
| CENTURY CITY | TELEPHONE (202) 383-5300 | SAN FRANCISCO |
| HONG KONG | FACSIMILE (202) 383-5414 | SHANGHAI |
| LONDON | www.omm.com | SILICON VALLEY |
| LOS ANGELES | | TOKYO |

OUR FILE NUMBER

January 31, 2006

WRITER'S DIRECT DIAL
202-383-5126

**VIA FX AND U.S. MAIL**

WRITER'S E-MAIL ADDRESS
LMiller@omm.com

Dan Foster, Esq.
White & Case LLP
701 Thirteenth Street, NW
Washington, D.C. 20005
FAX: 202-639-9355

Re:   *Sam J. Alberts, Trustee for The DCHC Liquidating Trust v. HCA Inc., et al.*,
      **Adv. Proc. No. 04-10366 (Bankr. D.D.C.)**

Dear Dana:

In response to Albie Lau's letter on January 27, 2006, requesting dates for the depositions of various individuals from HCA and GHI, we are generally looking at the weeks of March 13 – 24, to complete those 10 depositions identified in the January 27th letter. We can provide more specific dates once we receive your deposition notices and are able to identify the suitable witnesses for the 30(b)(6) depositions.

I note that Frank Berryman is not an HCA employee, but was outside counsel, and therefore we do not have the ability to produce him or accept service on his behalf. We will, however, provide you with his updated contact information shortly.

Finally, we are in the process of obtaining dates for the various depositions of third parties, including DCHC employees. Once we obtain their dates of availability and proposed locations, we will contact your office. With respect to the Trust, we would like to coordinate the depositions of Plaintiff, Sam Alberts, Neil Demchick and Martin Kohn.

Due to the number of depositions to be conducted over the next 10 weeks, we appreciate the courtesy of prior notice of proposed dates. Please feel free to contact me if you have any questions.

Sincerely,

Lani R. Miller