Exhibit 7

**WHITE & CASE**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Tel  + 1 202 626 3600
Fax  + 1 202 639 9355
www.whitecase.com

Direct Dial + 202-626-3600     Direct Facsimile + 202-639-9355

February 15, 2006

<u>VIA FACSIMILE</u>

Jeffrey W. Kilduff, Esq.
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001

Re:  *Alberts v. HCA Inc.*, Adv. Proc. No. 04-10366 (Bankr. D.D.C.)

Dear Mr. Kilduff:

As I explained to you in my letter of February 14, 2006, I intend to seek judicial relief with respect to the subpoenas and notice of deposition you have issued concerning Sam J. Alberts, Martin Cohen, and Neil Demchick unless you withdraw such documents prior to 5:00 p.m. today. Because I have not heard from you, I am in the process of preparing the necessary papers to be filed with the Court.

In order to allow the Court sufficient time to consider my request for relief, I ask your agreement that my motion for protective order and motion to quash be heard by the Court at the March 10, 2006 hearing that has already been scheduled with respect to other discovery disputes in this matter. If I do not obtain your agreement in this regard prior to 5:00 p.m. on February 16, 2006, I will ask the Court to hold an emergency hearing on this matter prior to February 28, 2006, the date you have currently set for the production of documents by Mr. Demchick.

Sincerely,

Lucius B. Lau

cc: Sam J. Alberts, Esq.

ALMATY   ANKARA   BANGKOK   BEIJING   BERLIN   BRATISLAVA   BRUSSELS   BUDAPEST   DRESDEN   DÜSSELDORF   FRANKFURT   HAMBURG   HELSINKI
HO CHI MINH CITY   HONG KONG   ISTANBUL   JOHANNESBURG   LONDON   LOS ANGELES   MEXICO CITY   MIAMI   MILAN   MOSCOW   MUMBAI   NEW YORK
PALO ALTO   PARIS   PRAGUE   RIYADH   SAN FRANCISCO   SÃO PAULO   SHANGHAI   SINGAPORE   STOCKHOLM   TOKYO   WARSAW   WASHINGTON, DC