# Exhibit 8



# O'MELVENY & MYERS LLP

| BEIJING | 1625 Eye Street, NW | NEWPORT BEACH |
| BRUSSELS | Washington, D.C. 20006-4001 | NEW YORK |
| CENTURY CITY | TELEPHONE (202) 383-5300 | SAN FRANCISCO |
| HONG KONG | FACSIMILE (202) 383-5414 | SHANGHAI |
| LONDON | www.omm.com | SILICON VALLEY |
| LOS ANGELES | | TOKYO |

OUR FILE NUMBER

February 16, 2006

WRITER'S DIRECT DIAL
(202) 383-5126

**VIA FAX 202-639-9355**

WRITER'S E-MAIL ADDRESS
lmiller@omm.com

Lucius B. Lau, Esq.
White & Case LLP
701 Thirteenth Street, NW
Washington, D.C. 20005

Re:   *Alberts, Trustee v. HCA Inc. and Galen Hospital Illinois, Inc.*

Dear Mr. Lau:

On behalf of Defendants HCA Inc. and Galen Hospital Illinois, Inc., this letter responds to your February 16, 2006, letter regarding the proposed depositions of HCA and GHI corporate representatives, Carl George, Gregg Gerken, Mike Bray, David Hill and Ben Burns. Due to the scheduling conflicts noted in your letter, we will go back to our clients and request alternative dates. We will plan on scheduling depositions the entire days of March 22, 23, and 24, and will follow up with you after we confirm schedules with those individuals. We are agreeable to the suggested extension of discovery, and propose June 2, 2006.

With respect to the proposed depositions of Sam Alberts, Martin Cohen and Neil Demchick, we agree to a March 10, 2006, hearing date on the Trust's Motion. We would be agreeable to the following briefing schedule: (1) Motion filed no later than February 21, 2006; (2) Defendants' response to be filed no later than March 6, 2006; (3) Trust's reply due March 8, 2006. This schedule would provide us the amount of time for our opposition brief afforded under the rules.

Sincerely,

Lani R. Miller
Counsel

TOTAL P.02