# Exhibit 9

**WHITE & CASE**

White & Case LLP  
701 Thirteenth Street, NW  
Washington, DC 20005

Tel + 1 202 626 3600  
Fax + 1 202 639 9355  
www.whitecase.com

Direct Dial + 202-626-3600    Direct Facsimile + 202-639-9355

February 17, 2006

VIA FACSIMILE

Jeffrey W. Kilduff, Esq.  
O'Melveny & Myers LLP  
1625 Eye Street, N.W.  
Washington, D.C. 20006-4001

Re:  *Alberts v. HCA Inc.*, Adv. Proc. No. 04-10366 (Bankr. D.D.C.)

Dear Mr. Kilduff:

     I note that the subpoenas you have directed to Martin Cohen and Neil Demchick were issued by the District Court for the District of Columbia, not the Bankruptcy Court for the District of Columbia, which is authorized to issue subpoenas pursuant to Rule 9016 of the Federal Rules of Bankruptcy Procedure and the Court where this adversary proceeding is pending. Although I suspect this was an oversight on your part and that you intended to issue the subpoenas from the Bankruptcy Court, I would like you to confirm this fact. If you do, we will agree to treat the subpoenas as coming from the Bankruptcy Court.

Sincerely,

Lucius B. Lau

cc: Sam J. Alberts, Esq.

```
***********************
     TRANSMISSION REPORT
***********************
```

(FRI) FEB 17 2006 18:08

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | PAGE(S) | MODE | RESULT |
|---|---|---|---|---|---|---|
| 4862770-623 | 2.17 18:06 | 2.17 18:06 | 1'58" | 2 | ECM | OK |

| DESTINATION | DST. TEL # |
|---|---|
| 2023835414 | 2023835414 |

# FACSIMILE

**WHITE & CASE**

White & Case LLP  
701 Thirteenth Street, NW  
Washington, DC 20005

Tel  + 1 202 626 3600  
Fax  + 1 202 639 9355  
www.whitecase.com

Direct Dial + (292) 626-3696

| | | | |
|---|---|---|---|
| **Date:** | February 17, 2006 | **No. of Pages (including cover):** | 2 |
| **To:** | Jeffrey W. Kilduff, Esq.<br>O'Melveny & Myers LLP | **Fax Number:**<br>Contact Number: | (202) 383-5414<br>(202) 383-5300 |
| **From:** | Lucius B. Lau | **Reference No.:** | 1225806-0002 |
| **Re:** | *Alberts v. HCA Inc.*, Adv. Proc. No. 04-10366 (Bankr. D.D.C.) | | |

**PLEASE NOTE:** The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call + 1 202 626 6481. Thank you.